## MOTION AND PROCEDURAL RULINGS

**1988–0351. State v. Cooey.**

Summit App. No. CA12943. By entry filed May 7, 2003, this court ordered that appellant's sentence be carried into execution on Thursday, the 24th day of July, 2003. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

IT IS FURTHER ORDERED by the court that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal or by facsimile transmission.

IT IS FURTHER ORDERED by the court that counsel of record for the parties shall supply this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally or by facsimile transmission.

**2000–1030. Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**

Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 13, 2001, this court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

IT IS ORDERED by the court, sua sponte, that appellee W. R. Grace & Son & Co.–Conn. file a notice advising this court of the status of the bankruptcy case, within 15 days of the date of this entry.

**2002–0777. In re Price.**

Butler App. Nos. CA2001–02–035 and CA2001–04–085. This cause is pending before the court as an appeal from the Court of Appeals for Butler County.

IT IS ORDERED by the court, sua sponte, that this cause be held for the decision in Supreme Court case No. 2002–0824, *In re Thomas*, Warren App. No. CA2001–02–013, 2002-Ohio-1426, and case Nos. 2002–0892 and 2002–0894, In re April B., Lucas App. Nos. L–01–1334 and L–01–1348, 2002-Ohio-2299.

**2002–0825. In re Price.**

Butler App. No. CA2001–02–035. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County.

IT IS ORDERED by the court, sua sponte, that this cause be held for the decision in Supreme Court case No. 2002–0824, *In re Thomas*, Warren App. No. CA2001–02–013, 2002-Ohio-1426, and case Nos. 2002–0892 and 2002–0894, In re April B., Lucas App. Nos. L–01–1334 and L–01–1348, 2002-Ohio-2299.

**2002–1573. Ram v. Cleveland Clinic Found.**

Cuyahoga App. No. 80447. On motion to strike appellees' merit brief and supplement for failure to provide timely service. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., would grant and allow appellees 15 days from the date of entry to perfect service.